UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SHAWN DEMING,

Plaintiff,

v.

SYNCHRONY BANK,

Defendant.

Case No.: 21-CV-2082 JLS (MSB)

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

(ECF No. 9)

Presently before the Court is the Parties' Joint Motion for Dismissal with Prejudice (ECF No. 9). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** this action in its entirety. Each Party shall bear his or its own costs and attorneys' fees. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: March 10, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

21-CV-2082 JLS (MSB)